**468 A.2d 829**

Commonwealth v. Crawford, Appellant.

Petition for Allowance of Appeal
Denied March 26, 1984.

Submitted September 23, 1983. Henry W. Mitchell, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.